**No. 11-6434. Tae H. Chon, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 470, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7520.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 434 Fed. Appx. 730.

**No. 11-6435. Andre Chung, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 470, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7482.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 428 Fed. Appx. 906.

**No. 11-6437. Donald Dickerson, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 470, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7588.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

**No. 11-6452. Tommy Ray Elam, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 470, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7495.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 438 Fed. Appx. 593.

**No. 11-6453. William J. Erickson, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 471, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7466.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 640 F.3d 1288.

**No. 11-6457. Bruce Wayne Miller, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 471, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7560.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 434 Fed. Appx. 287.

**No. 11-6466. Tony Blancarte, Jr., Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 471, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7535.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 428 Fed. Appx. 455.

**No. 11-6468. Richard Fleming, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 471, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7484.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6469. Timothy Wayne Thompson, Petitioner v. United States.**

565 U.S. 970, 132 S. Ct. 471, 181 L. Ed. 2d 307, 2011 U.S. LEXIS 7564.

October 17, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 426 Fed. Appx. 148.